PEOPLE *v* ROUPE. Appeal from Bay, John X. Theiler, J. Submitted Division 3 February 21, 1972, at Grand Rapids. (Docket No. 12010.) Decided March 31, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Eugene C. Penzien,* Prosecuting Attorney, for the people.

*James G. Orford,* for defendant on appeal.

Before: R. B. BURNS, P. J., and HOLBROOK and T. M. BURNS, JJ.

MEMORANDUM OPINION. Defendant pleaded guilty to breaking and entering, MCLA 750.110; MSA 28.305, as a second offender, MCLA 769.10; MSA 28.1082. He was sentenced to imprisonment for a term of 5 to 7–1/2 years and appeals.

An examination of the record and briefs discloses no prejudicial error.

Affirmed.